IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CATHY ADAMS THOMASON                                                                PLAINTIFF

v.                                       NO. 3:13CV00062 JLH

AETNA LIFE INSURANCE COMPANY;
LONG TERM DISABILITY INCOME PLAN FOR
EMPLOYEES OF THE FEDERAL RESERVE
SYSTEM; and FEDERAL RESERVE
BANK OF ST. LOUIS                                                                  DEFENDANTS

## ORDER

Pursuant to Rule 41(a)(1)(A)(i), this action is dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED this 18th day of July, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE